AO 91 (Rev. 3/99) Criminal Complaint

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Magistrate Court
D.C.-SDTX
FILED
OCT 1 1 2013
David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA

V.

Richard John MEDINA

Laredo, Texas

**CRIMINAL COMPLAINT**

CASE NUMBER: 5:13mj1549

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 09, 2013 in Webb County, in the Southern District of Texas, defendant(s)

**after being convicted in a court of law for a felony crime punishable by imprisonment for a term exceeding one year, illegally possessed a firearm that had previously traveled in and affected interstate commerce,**

in violation of Title **18** United States Code, Section(s) **922 (g) (1)**.

I further state that I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

On October 09, 2013, an ATF confidential informant (CI) met with Richard MEDINA after he had previously agreed to cross five rifles and five M-67 fragmentation hand grenades into Nuevo Laredo, Mexico. On a previous date, MEDINA told the ATF CI that he was crossing weapons over into Mexico and that he worked with members of the Zeta DTO. In addition, MEDINA stated to the ATF CI that they had a stash house in Nuevo Laredo, Mexico, where he could store the weapons until they could be picked up. At this time, the ATF CI showed MEDINA that there were indeed five rifles and five grenades. In addition, the ATF CI showed MEDINA how the safeties worked on the prop hand grenades. At this time, the ATF CI paid MEDINA the previously arranged fee for the crossing of the weapons into Nuevo Laredo, Mexico. Immediately upon MEDINA taking possession of the firearm(s) and prop M-67 prop hand grenades, Agents took MEDINA into custody. One of the rifle(s) is identified as a Bushmaster .223 caliber rifle, Model XM15-E2S, Serial Number ▊▊▊▊▊. The above-mentioned firearm was examined and it was determined that it previously traveled in and affected interstate commerce. Records checks revealed that MEDINA was previously convicted for a felony of, Possession of Marijuana, in the District Court of Williamson County, 227th Judicial District, Williamson County, Texas, Cause NO. 97-602-K277.

Continued on the attached sheet and made a part hereof: ☐ YES ■ NO

ATF Task Force Officer Paul Zelnick    *Paul Zelnick*
Signature of Complainant

Sworn to before me and subscribed in my presence,
and I find probable cause.

October 11, 2013                            at        Laredo, Texas
Date                                                  City and State

Diana Song Quiroga, United States Magistrate Judge            *Diana Song Quiroga*
Name and Title of Judicial Officer                             Signature of Judicial Officer